**L. RUTHER, Plaintiff—Appellant,**

v.

**Mark SIMMONS; Weichert Realty, Defendants—Appellees.**

No. 07–1060.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2007.

Decided: April 24, 2007.

Lawrence Ruther, Appellant Pro Se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Ruther appeals the district court's order dismissing his civil action for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Ruther's motion to proceed in forma pauperis and dismiss for the reasons stated by the district court. *Ruther v. Simmons,* No. 3:06–cv–00840 (E.D.Va. Dec. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*